IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| READ FREELY ALABAMA, et al, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:24-cv-00276-MHT-CWB |
| AUTAUGA-PRATTVILLE PUBLIC LIBRARY BOARD OF TRUSTEES. | ) ) ) ) |
| Defendant. | ) ) |

**MOTION TO DISMISS**

Defendant Autauga-Prattville Public Library Board of Trustees, by and through its undersigned counsel, moves the Court pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss this case for lack of subject-matter jurisdiction. Specifically, the case is moot because the Board has terminated the policies challenged by the Plaintiffs in this case and adopted superseding policies to conform its policies to a revised administrative rule of the Alabama Public Library Service governing eligibility for state funding. The Board also seeks dismissal for lack of standing because the Plaintiffs' Complaint fails to sufficiently allege a cognizable injury in fact. In support of this Motion, the Board submits the attached Memorandum in Support of the Defendant's Motion to Dismiss.

1

Dated: July 1, 2024.                                              Respectfully submitted,

/s/ *Bryan M. Taylor*
Defendant's Counsel
Bryan M. Taylor (0390-Y81T)
BACHUS BROM & TAYLOR LLC
3125 Blue Lake Drive, Suite 101
Birmingham, AL 35243
(205) 970-7775
*btaylor@bachusbrom.com*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            /s/ *Bryan M. Taylor*
                                            Bryan M. Taylor
                                            Counsel for Defendant Autauga-Prattville
                                            Public Library Board of Trustees