# Exhibit B

Autauga-Prattville Public Library
Autaugaville, Billingsley, Marbury and Prattville
254 Doster Street
Prattville, AL 36067

334 365-3396

334 365-3397 FAX

www.appl.info

# *Library Policies*

Reviewed and approved by Library Board of Trustees
November 2023
February 2024

Branch Library Locations

**Autaugaville Public Library**
207 N. Taylor St.
Autaugaville, AL 36003

**Billingsley Public Library**
2021 Office Street
Billingsley, AL 36006-2500

**Marbury Public Library**
205 County Road, 20 East
Marbury, AL 36051

*Library Mission*

*The mission of the Autauga-Prattville Public Libraries is to provide a safe and inviting place where residents can interact with each other; find information about their community; investigate a wide range of topics pertaining to their work, school and lives; and develop a love of reading and learning that will continue throughout their lives.*

The following policies were prepared by the library director and board of trustees of the Autauga-Prattville Public Library. These are the established operational policies of the Library. These policies will be examined every five years and may be revised at any time by action of the Board. Please note that the use of the word “Library”, APPL, or Autauga-Prattville Public Library includes all library locations.

# Table of Contents

Policies


| | | |
|---|---|---|
| i. | Books-By-Mail Policy | page 4 |
| ii. | Borrowing Policies | page 5 |
| iii. | Cell Phone and Business Phone Policies | page 8 |
| iv. | Charges (fees) for Services | page 9 |
| v. | Children's Books by Mail Policy | page 13 |
| vi. | CIPA Compliance | page 14 |
| vii. | Collection Development Policies | page 16 |
| viii. | Community Bulletin Board Policy | page 17 |
| ix. | Computer and Internet Policies | page 18 |
| x. | Confidentiality Policies | page 22 |
| xi. | Donations | page 23 |
| xii. | Fine Forgiveness Program | page 24 |
| xiii. | Hoopla Streaming Service Policy | page 25 |
| xiv. | Interlibrary Loan | page 26 |
| xv. | Materials Circulation Policy | page 27 |
| xvi. | Notary Service | page 29 |
| xvii. | Patron Behavior | page 30 |
| xviii. | Programming Policy | page 32 |
| xix. | Library Board Meeting Speaker Policy | page 34 |
| xx. | Reconsideration of Materials | page 35 |
| xxi. | Solicitation Policy | page 37 |
| xxii. | Unattended Children Policy | page 38 |
| xxiii. | Volunteers | page 39 |

Appendices:
Application for Employment Form
Donation of Materials Form
Incident Reporting Form
Reconsideration of Materials Form
Volunteer Form

## I. Books-By-Mail Policy

*Introduction*
The Library offers the Books-by-Mail program as a service to its homebound residents who are otherwise unable to borrow library materials. Participants in this program may give general instruction on what type of library materials they want to receive, and the library staff mails them a maximum of three items per month in a postage-paid mailer. The items are returned in the same mailer.

*Who Is Eligible to Use the Program?*
Any homebound person residing in Autauga County. There is no requirement to certify a disability beyond stating that you are homebound. However, anyone who is eligible to enroll in the Library for the Blind and Physically Handicapped program will be referred to that program instead of APPL's Books-by-Mail program.
Books-By-Mail applications are available at the Circulation Desk, on the library website, or by mail upon request.

*Participant's Responsibilities*
A completed application must be mailed to the library for processing. If the patron does not have a current library card, a library card application will be mailed to them or the patron may fill out an application on the library's website. The patron can complete the library card application and return it in the mail to the library. Once the completed application has been received by the library, they may proceed with the books-by-mail application process.
The patron will receive one shipment of three items monthly based on his/her interests.
The loan period for these items is four weeks. Late fees are not charged but patrons will be billed for lost or damaged items. The patron must return the items in the pre-paid mailer in which they arrived. The patron or the patron's caregiver must notify the library if the patron wants or needs to interrupt or stop service.
Participants must maintain an active account in good standing to remain in the program.

Library's Responsibilities
The Circulation Administrator will maintain records for each program participant. The Circulation Administrator will send one shipment of three items each month based on the participant's personal preferences as well as the Circulation Administrator's best judgement for items of potential interest to the participant. The following items are not included in the Books-By-Mail program: New Books, Audio/Visual Material, Launchpads, Board games, oversized items.

## II. Borrowing Policies

A library card may be issued to:

- Any individual who lives within Autauga County or the City of Prattville
- Minors (under age 18) who meet the above qualification accompanied by a parent/guardian (minors accompanied with another caregiver other than a parent/guardian may receive a library card if they present written consent from the parent/guardian and the caregiver agrees to take responsibility for the account; caregiver may terminate at any time)
- Non-residents of Autauga County or the City of Prattville may obtain a Library card for a $15.00 annual fee. This card may be used by any member of the immediate family residing in the same home.
- Individuals (including immediate family) presenting a military ID, both active and retired, may obtain a library card free of charge regardless of where they reside.
- Public and private businesses within Autauga County or the City of Prattville that require the use of library materials i.e. day cares, nursing homes, museums, shelters, etc. (at the discretion of the Library Director; application must be signed by the person who will be responsible for material, fines and/or fees associated with material)
- Educators in Autauga County who wish to borrow materials for use in the classroom, may obtain a library card free of charge regardless of where they reside. (at the discretion of the Library Director)

*Library Cards for Minors*

Children under the age of 18 shall receive library cards that are especially designated for minors. These cards will not permit the checkout of material with content containing, but not limited to, obscenity, sexual conduct, sexual intercourse, sexual orientation, gender identity, or gender discordance. Age-appropriate materials concerning biology, human anatomy, or religion are exempt from this rule.

*Proof of Residency*

Identification showing current address is required for adult patrons (ages eighteen and older and emancipated minors) before a permanent Library card can be issued.

Identification sources accepted include but are not limited to:

- Driver's license, temporary Alabama driver's license or learner's permit
- Passport

- Military ID
- Checkbook showing home address of applicant/guardian
- Current utility bill in applicant's/guardian's name
- Mail addressed to applicant/guardian showing recent postmark

Emancipated minors should bring proof of emancipation along with any of the above identification.

*Welcome Library Card*
Adult individuals who live within Autauga County and wish to apply for a library card but do not have proof of address with them may receive a Welcome Card. A Welcome Card is a temporary card that will expire 2 weeks from the date it is created. This card may be used to check out a maximum of 2 items. The individual will need to return with proof of address to receive a permanent library card. Welcome cards may not be renewed. If proof of address is not received by the library, by the expiration date, the Welcome card will be deactivated. Only books may be checked out using a Welcome Card. Welcome cards are not available to minors.

*Checking Out Materials*
- A library patron should present his/her library card in order to check out materials. If the library card is not in his/her possession, materials may be checked out with photo identification.
- Persons checking out material for the first time may check out five items the day the library card is issued.
- Parents/legal guardians or caregivers who have responsibility for the account of a minor may have access to the minor's account information.

*Expiration dates*
All library cards expire annually. The Library's automated circulation system will prompt staff to update patron records with current contact information.

*Responsibility for Materials*
The individual to whom a library card is issued assumes full responsibility for all items borrowed with that card. The parent/guardian or caregiver who signs the application for a minor's card is responsible for all items borrowed with that card and are also required to have a library card.

*Linking of Family Member Cards*

The library will link all members of a family in the same household who hold library cards. If a caregiver does not live in the household but has taken responsibility for a minor's card they will be linked to the minor's library card. If any linked card is blocked or barred then all linked cards are effectively blocked until the fines are paid and/or books returned.

*Suspension of Borrowing Privileges*
Borrowing privileges may be blocked or barred for the non-return of items, unpaid fees or a change in eligibility. Users may also lose library privileges for illegal activity or other infractions (see the library's Patron Behavior policy).

*Library Card Fees*
Replacement library cards are $3.00.

*Online Library Card Applications*
Individuals may apply for a library card via an electronic form available on the library's OPAC. The patron will be emailed once the library account has been created. The patron must present their Proof of Residency to a staff member at the library to receive their library card. Patrons who do not present their Proof of Residency to a staff person within 30 days of the creation of the card will have their account deactivated.

## III. Cell Phone and Library Business Phone Policy

The Autauga-Prattville Public Library is committed to providing an environment that is welcoming to all users while being conducive to study.

All individuals are requested to set cell phones to no-ring (vibrate) mode upon entering the library building. We recognize that it is sometimes essential to obtain information over the phone for things you are doing on the computers, but we ask that you notify staff about your need to use the phone prior to being seated if possible. Otherwise, short, quiet phone calls may be taken in the stacks area or in the lobby. Users must move extended conversations outside the library.

Staff members are authorized to issue verbal warnings to persons disturbing others with phone ringing or conversations. If the offender refuses to cooperate, he or she will be asked to leave as quickly and quietly as possible. Acting abusively with verbal or physical threat or failing to cooperate with the staff will be reported in a formal "Incident Report". If this behavior continues the individual may lose library privileges.
All Library staff are expected to follow the same rules as the public. Private calls or text messages are to be made out of the public eye and during breaks or lunch.

Library phones are for library business. Patrons may be allowed to briefly use phones to call for a ride or to verify information for research.

## IV. Charges (fees) for Services

Out of County Fee
A fee of $15.00 per card will be charged yearly for an out-of-county (Autauga) library card.

Lost/Damaged Cards
There will be a $3.00 charge to replace a lost or damaged card.

Materials Fines
Each book incurs a $.20 per day fine, up to a maximum of $5.00 per item.
Each lease book incurs a $.50 per day fine, up to a maximum of $10.00 per item.
Each DVD or audiobook incurs a $.50 per day fine, up to a maximum of $5.00 per item.
Each Launchpad incurs a $2.00 per day fine, up to a maximum of $100.00 per item.
Each board game incurs a $.50 per day fine, up to a maximum of $20.00 per item.
Each text magnifier incurs a $.20 per day fine, up to a maximum of $10.00 per item.
Each projector incurs a $.50 per day fine, up to a maximum of $20.00 per item.
Each CD player incurs a $.50 per day fine, up to a maximum of $20.00 per item.
Each learning kit incurs a $.50 per day fine, up to a maximum of $50.00 per item.
Each wi-fi hotspot incurs a $1.00 per day fine, up to a maximum of $50.00 per item.
Each telescope incurs a $5.00 per day fine, up to a maximum of $100.00 per item.
Each doll and doll accessory incurs a $0.50 per day fine, up to a maximum of $50.00 per item.
Each baking pan incurs a $.50 per day fine, up to a maximum of $50.00 per item.
Each microscope incurs a $5.00 per day fine, up to a maximum of $100.00 per item.
Each tool kit incurs a $.50 per day fine, up to a maximum of $20.00 per item.
Each chemistry set incurs a $1.00 per day fine, up to a maximum of $50.00 per item. Each digital camera incurs a $2.00 per day fine, up to a maximum of $50.00 per item. Each energy watt meter incurs a $0.50 per day fine, up to a maximum of $30.00 per item.

Damaged or Lost Materials
All items returned in a damaged condition will be charged according to extent of damage. All Lost items will be charged the cost of the item.

**All Items:**
Missing barcode=$1.00;
Missing/torn pocket=$1.00;

**AudioBooks:**
Damaged audio-visual cases=$3.00;
Damaged/missing disc if replaceable=$10.00 *If the disc is not replaceable the patron will be charged the actual cost of the audiobook.*

**DVDs:**
Missing case or missing disc=cost of item

**Launchpads:**
Launchpad case damaged beyond use or lost=$10.00;
Launchpad accessories damaged beyond use or lost=$10.00.
Damaged beyond repair=cost of item

**Board Games:**
Missing pieces=$.10 per piece.
Damaged or missing box/container=cost of item
Damaged beyond repair=cost of item

**Text Magnifiers:**
Damaged or missing pieces = cost of item
Damaged beyond repair = cost of item

**CD Players:**
Damaged or missing pieces = cost of item
Damaged beyond repair = cost of item

**Projectors:**
Damaged or missing pieces = cost of item
Damaged beyond repair = cost of item

**Learning Kits:**
Damaged or missing pieces = $5.00 per item missing/damaged
Damaged beyond repair = cost of item

**Wi-fi Hotspots:**
Damaged or missing pieces = $10.00 per item missing/damaged
Damaged beyond repair or lost = $150

**Telescope:**
Damaged or missing pieces = $20 per item missing/damaged
Damaged beyond repair = $300

**Dolls:**
Damaged or missing doll accessories = cost of item
Damaged or missing doll = $150

**Baking pans:**
Damaged beyond use = cost of item

**Microscope:**
Damaged or missing pieces = $20 per item missing/damaged
Damaged beyond repair = $200

**Tool Kit:**
Damaged or missing tools=cost of item
Damaged or missing container=cost of item

**Chemistry Set:**
Damaged or missing pieces = $5.00 per item missing/damaged
Damaged beyond repair = cost of item

**Digital Camera:**
Damaged beyond repair = $300

**Energy Watt Meter:**
Damaged beyond repair = cost of item

All fees are nonrefundable. All damaged or lost materials are charged a non-refundable $2.00 processing fee. All items damaged beyond use or lost items will be charged the full cost of the item.

Lost Material Payment Refund:
A receipt will be issued when a lost item is paid for and library privilege reinstated. If the lost item is found and returned within sixty days of payment, and can be put back in circulation, the paid receipt and id can be presented and a full refund will be made minus the $2.00 processing fee.

Interlibrary Loan
A processing fee of $2.00 is charged for each ILL. A fine of .20 cents per day per item will be charged for all overdue interlibrary loan books up to a maximum of $2.00 per item. The fee for lost or damaged interlibrary loan material will be the amount indicated by the lending library and is nonrefundable.

Photocopies and Printing:
Each black and white page printed from a computer is $.20.
Each color page printed from a computer is $1.00

Fax:
Faxes are $.50 per page for a local fax sent; $.25 per page for a fax received, including the cover sheet on faxes sent or received. Fax for long distance is $2.50 for the first page and $1.00 for each additional page. Overseas faxes are $7.50 for the first page and $1.00 for each additional page. Fax cover sheets may be obtained from the library free of charge.

Return Check Fee:
If a check is returned to the library, the patron will be responsible for paying the full amount of the check that was returned as well as a $25.00 returned check fee. The only acceptable forms of payments for returned checks are cash, money order, or a cashier's check.

Research Fees:
Charges may be assessed for costs associated with local history or genealogical research.

Disputes:

- Occasional disputes may arise between patrons and Library staff regarding charges against their accounts. The Library staff will make a good faith effort to locate the item within the Library. Likewise, the patron will be encouraged to carefully search his/her home for the missing item.
- If a patron is adamant that the charge is not deserved the Library staff may waive the charges.
- For damaged items, the Library will assess the damage and check the amount of time the patron had the item and the number of previous checkouts, among other possible factors, in considering the resolution of the dispute.
- If the material in dispute cannot be located or repaired, the Library Director may forgive the charge, at their discretion.
- No more than three lost/damaged items will be forgiven per patron account.

## V. Children's Books-By-Mail Policy – Bridge to Reading

*Introduction*
The Library offers the Children's Books-by-Mail program primarily as a service to children who are otherwise unable to borrow library materials. Participants in this program may give general instruction on what type of library materials they want to receive, and the library staff mails them a maximum of four items per month in a postage-paid mailer. The items are returned in the same mailer.

*Who Is Eligible to Use the Program?*
Children residing in Autauga County between the ages of 2 and 12 years old. Books-By-Mail applications are available by request only.

*Participant's Responsibilities*
A completed application must be mailed to the library for processing. If the patron does not have a current library card, a library card application will be mailed to them or the patron may fill out an application on the library's website. The patron can complete the library card application and return it in the mail to the library. Once the completed application has been received by the library, they may proceed with the books-by-mail application process. Guardians are not required to have a library card but must take responsibility for the child's card.
The patron will receive one shipment per month. The loan period for these items is four weeks. Late fees are not charged but patrons will be billed for lost or damaged items once the items become 2 months overdue. The patron must return the items in the pre-paid mailer in which they arrived. Patrons who have items 2 months or more overdue will be removed from the program.
Participants must maintain an active account in good standing to remain in the program.

*Library's Responsibilities*
A library staff member will maintain records for each program participant. A library staff member will send one shipment each month based on the participant's personal preferences as well as the library staff member's best judgement for items of potential interest to the participant. The following items are not included in the Children's Books-By-Mail program: New Books, Audio/Visual Material, Launchpads, Board games, oversized items.

A maximum of 20 children may participate in the program.

## VI. CIPA-COMPLIANT INTERNET SAFETY AND FILTERING POLICY

Internet access at library computer workstations is provided equally to all patrons of the Autauga-Prattville Public Library. In the event that a library card becomes required to use the library's computers, all patrons in good standing will have equal access to computers.

Just as with the physical collection, not all Internet sites are suitable for all ages. Therefore, the library provides a basic level of filtering on all computers.

All library computer workstations and the Wi-Fi network are filtered at the basic level. The goal of basic level filtering is to restrict access to sites that are illegal, obscene, and harmful to minors or that compromise computer or network security.

Wireless Internet access is provided to all patrons utilizing their own devices. People of all ages who use their personal devices to access the library wireless Internet will be filtered at the basic level.

A patron may request that an Internet site be blocked or unblocked for "bona fide research or other lawful purposes". Staff will make every effort to review the request within 72 hours to determine whether it should be permanently blocked or unblocked.

All Library patrons are expected to access the Internet in compliance with the Library's Computer Use Agreement and within the boundaries of the law. Viewing illegal materials (obscenity, child pornography or materials harmful to minors) is prohibited. While using in-library computer workstations patrons may not attempt to change program settings, boot from an external device, or try to run their own software. Violations may result in the loss of Internet privileges. Using the computer workstation constitutes an agreement by the user to these terms.

The Library respects the rights and responsibilities of parents or guardians in determining and monitoring the use of the Internet by their children under the age of 18. The Library advises parents/guardians that it cannot assure children's safety and security while using the Internet in the library. When children use social networks, electronic mail, chat and other forms of direct electronic communication, the library cannot protect against unauthorized access, including hacking, and other unlawful online activities. Furthermore, the Library cannot protect against unauthorized disclosure, use, and dissemination of personal identification information regarding children if children provide such information while using the Internet.

**It is the responsibility of parents or legal guardians to monitor the Internet use of their minor children.**

Copies of the Internet Use Policy, and other relevant documents, will be available to all library patrons in print format and electronically via the Library's web site.

*The Children's Internet Protection Act defines "Harmful to minors" as: Any picture, image, graphic image file, or other visual depiction that—(i) taken as a whole and with respect to minors, appeals to a prurient interest in nudity, sex, or excretion; (ii) depicts, describes, or represents, in a patently offensive way with respect to what is suitable for minors, an actual or simulated sexual act or sexual contact, actual or simulated normal or perverted sexual acts, or lewd exhibition of the genitals; and (iii) taken as a whole, lacks serious literary, artistic, political, or scientific value as to minors" (Secs. 1703(b)(2), 20 U.S.C. sec 3601(a)(5)(F) as added by CIPA sec 1711, 20 U.S.C. sec 9134(b)(f)(7)(B) as added by CIPA sec 1712(a), and 147 U.S.C. sec 254(h)(c)(G) as added by CIPA sec. 1721 (a)).

**Federal Communications Commission's Children's Internet Protection Act (CIPA) Guide: https://www.fcc.gov/consumers/guides/childrens-internet-protection-act

## VII. Collection Development Policy

Collection Development Responsibility

Ultimate responsibility for collection development rests with the Library Director who administers under the authority of the Board of Trustees. The Library Director, in turn, may delegate the authority for selection to the Cataloger who oversees this responsibility and works closely with the Children's Librarian, branch managers, and circulation staff to purchase library materials. All library staff members, including the Library Director, are accountable to the Board of Trustees in matters related to collection development.

Selection Criteria

The library seeks to provide family-friendly content and services that lead to the health and posterity of Autauga County and Prattville residents. Materials that encourage true literacy and the pursuit of good will for one's neighbor shall be prioritized when considering the collection.

The library collection provides the community with access to a wide range of information resources, including books, magazines, newspapers, digital media, and other educational materials for the good of its patrons. This collection, while fostering lifelong learning, literacy, and the pursuit of knowledge across all ages and backgrounds, is thoughtfully curated with consideration for the varying needs and sensibilities of different age groups, including minors

Library staff strive to utilize professional judgment and expertise in making collection development decisions, including decisions about choosing titles, identifying quantities for purchase, and selecting locations for materials. Anticipated demand, community interests, strengths and weaknesses of the existing collections, system-wide availability, physical space limitations, acquisitions procedures, and available budgets are all factors taken into consideration. Highest selection priority is given to those materials in all formats that have the broadest appeal.

Selection of books or other library material shall be made on the basis of their value of interest, information, accuracy of the information, comprehensiveness, and enduring significance. No book or library material shall be excluded purely because of race, nationality, or political views.

For the avoidance of doubt, the library shall not purchase or otherwise acquire any material advertised for consumers ages 17 and under which contain content including, but not limited to, obscenity, sexual conduct, sexual intercourse, sexual orientation, gender identity, or gender discordance. Age-appropriate materials concerning biology, human anatomy, or religion are exempt from this rule.

Library staff shal affix a red warning label prominently on the binding of any book or other material in the library's collection containing content including, but not limited to, obscenity, sexual conduct, sexual intercourse, sexual orientation, gender identity, or gender discordance and advertised for consumers 18 and older. Materials concerning biology, human anatomy, or religion are exempt from this rule

The Library Board of Trustees reserves the right to exercise discretion over all library material, including but not limited to books, movies, artwork, displays, and programming.

<u>Weeding</u>

Both print and non-print materials should be reviewed and evaluated at regular intervals to determine if they are to remain in the current collection. This final step in the selection process ensures the library collection will contain materials that are factual and current; useless materials are to be discarded. The librarian should consider the selection criteria, space, budget, and user needs when deciding how much and how often to weed. The librarian will decide how to best dispose of discarded materials. The Library Board reserves the right to exercise discretion over weeding of materials.

<u>General criteria for weeding</u>

**Materials are candidates for weeding if they are:**

Misleading and/or factually inaccurate; worn out beyond mending or rebinding; superseded by a new edition or a better source; trivial (of no discernable literary or scientific merit); irrelevant to the needs and interests of the community; available elsewhere (the material may be easily borrowed from another source); not aligned with the selection criteria.

## VIII. Community Bulletin Board Policy

A bulletin board is provided by the Autauga Prattville Public Library as a community service to publicize local groups, meetings, fundraising events for nonprofit organizations, educational opportunities (Educational or instructional opportunities may be posted, regardless of whether they are of a for-profit or nonprofit nature), or other services that are of a nonprofit nature.

All City/County activities will take precedence over non-library activities, publications or displays.

Personal ads and campaign literature may not be posted.

Items may be rejected for lack of space.

The items will be removed after two weeks, when they are no longer timely or when space is required for more current items.

Members of the public are not permitted to post notices on the library's community board without approval from authorized library personnel. Notices posted without authorization will be removed.

Notice size (physical dimensions) can be restricted if deemed necessary to maximize available space.

The library does not necessarily advocate or endorse the viewpoints of organizations permitted to post notices on the Library bulletin board. The Library accepts no responsibility for loss or damage to any item accepted for posting. All posted items are discarded after they are removed.

Failure to comply with these rules may result in denial of future posting privileges.

## IX. Computer and Internet Use Policy

(Unless noted, the use of the word “Library” refers to all four locations of the Autauga-Prattville Public Libraries.)

The Autauga-Prattville Public Library provides access to computers and Internet in accordance with our mission to meet the informational, educational and recreational needs of our patrons. The Internet is a vast, unregulated information resource. To continue to meet the needs of members of our community in an age when access to ever-increasing amounts of information changes constantly, this policy is presented to offer and regulate the use of electronic information networks at the library.

The Autauga-Prattville Public Library uses the Internet for a variety of purposes:

- Access to shared automation systems that provide bibliographic access to the collections of our libraries.
- Access to general and specialized shared licenses databases such as those provided through the Alabama Virtual Library
- Access to information resources available via the Internet.

Computer Use and Minors

It is the policy of the library that parents or guardians are ultimately responsible for a minor’s use of the Internet in the Library. Furthermore, the library staff is not responsible for supervising minors while they are using the computers. Patrons use the Internet at their own discretion. There is no expectation of privacy on public access computers. The library reserves the right to regulate use of public computers to allow users with school assignments and research projects to have first priority over recreational use such as game playing, surfing and social networking and commercial applications. User understands that minors (under age 18) must have the signed consent of a parent or guardian**. Parents or guardians understand that library computers allow access to Facebook and other social networking websites. Minors age 12 and under must be accompanied by an adult.**

Responsibility of Users

Internet users at the Library are expected to use the Internet as an education/information resource. Because anyone can publish on the Internet, the Library has no control over nor is it responsible for the content of the information available on the Internet. Users are encouraged to use critical judgment when evaluating the information they find on the Internet. Our libraries comply with the Children’s Internet Protection Act which filters

content for obscene, pornographic or other harmful content to children, but the filtering may not keep out all possibly disturbing or obscene materials. Social networking sites are readily available and all users are warned to be careful about revealing personal information on the Internet

The Library cannot assure privacy or system security and is not responsible for damages, direct or indirect, arising from a library patron's use of electronic network resources. Patrons are urged to respect the sensibilities of others when accessing information that may reasonably be offensive to others. Patrons are warned that they may be prosecuted for utilizing computers and information in any way that violates federal, state, or local laws.

Users of library public computers must agree to the following rules before using public computers:

- User understands that he or she has no expectation of privacy.

- User agrees to not damage library hardware, software, and all equipment that are property of the library nor use computers for illegal purposes such as copyright violation, disruption or damage to library computers, networks or other users.

- User understands that there is a charge for making copies. User agrees to pay for all copies made at $.20 a page for black & white copies and $1.00 a page for color.

- User understands that minors (under age 18) must have the signed consent of a parent or guardian**. Parents or guardians understand that library computers allow access to Facebook and other social networking websites. Minors age 12 and under must be accompanied by an adult.**

- User understands that small children cannot be allowed to play on computers or handle library equipment.

- User understands that use of computers is available on a first come, first served basis. However, to ensure free access for all, the Library staff reserves the right to set a time limit of <u>1 hour</u> on computer use sessions. During high-use periods, the use of library computers to access research materials, complete school assignment and job searching to include online application submission and creating resumes is a top priority.

- User understands that nothing can be saved to the computer's hard drive or desktop. User is responsible for bringing a USB flash/travel drive for saving information.

- User understands that failure to abide by the library rules will result in a written warning and if behavior continues, ultimately loss of computer privileges.

- User understands that computers will automatically shut down at 15 minutes before closing time.

- **User agrees to abide by copyright laws:** U.S. Copyright law (Title 17, U.S.C.) prohibits the unauthorized reproduction or distribution of copyrighted materials, except as permitted by principles of fair use. Users may not copy or distribute electronic materials (including electronic mail, text, images, programs or data) without the explicit permission of the copyright holder. Any responsibility for any consequences of copyright infringement lies with the users; the Autauga-Prattville libraries expressly disclaim any liability or responsibility resulting from such use.

Wireless Access

The Autauga-Prattville Public Library provides an unsecured wireless access network for users with wireless electronic devices. This service is not to be used as a permanent connection. Wireless access is less secure than wired access. Signal strength may vary in the building and there is no printing capability.

By choosing to use this free wireless access, users agree to abide by this policy that prohibits abusive or illegal activity while using the access.

The library cannot guarantee that your hardware will work with the library's wireless access network. If a user experiences problems connecting to a wireless access point, staff will verify that the library's wireless network is operational, but staff are not trained to configure or troubleshoot all wireless devices. Please refer to your owner's manual or other support.

The library's wireless access network provides no security between access points and our device; therefore, someone in the library or outside can potentially capture information sent to or from your device. That includes passwords, credit card information, personal information, etc. Users are also urged to have up-to-date virus protection on their wireless devices.

Use of the library's wireless network is entirely at the risk of the user. The library assumes no responsibility for the safety of equipment or data files.

## X. Confidentiality

It is the policy of the Autauga-Prattville Public Library to protect the privacy of those who use the library materials. Staff members and volunteers shall protect information about library borrowers including their requests for information and materials, their loan transactions, and library staff shall not transmit such information to individuals or to any private or public agency without an order from a court of competent jurisdiction.

Pursuant to the Code of Alabama, 1975, Sections 41-8-9 & 41-8-10, the circulation and registration records of the Library are not available to the public. However, individuals may inspect their own records, and the parents of a minor child may inspect the child's records.

Those agencies identified in the code of Alabama, 1975, Section 41-8-10, may have access to library records upon demonstrated need and with the approval of the Library Director.

Persons, firms, corporations, or agencies other than those mentioned in paragraphs one and two above, shall have access to library records only by obtaining an appropriate order or subpoena from a court of competent jurisdiction, as may be authorized by law.

Upon receipt of a court order or subpoena, the Library Director shall consult with the City Attorney or designated legal counsel to determine if the court order or subpoena complies with applicable law. If the order or subpoena is not appropriate or does not comply, then the Library may seek relief through a protective order. Further, such counsel for the Library and the Library Director shall have discretion to seek judicial relief if they deem it appropriate.

Any matter relating to the release or publication of the circulation and registration records of the Library that are not provided for in the above statements are to be referred to the Library Director. The Director shall work with the Library Board in deciding any issues arising from such matters.

Should any portion of this policy conflict with existing local, state, or federal law, then the laws will have precedence.

## XI. Donations

The Autauga-Prattville Public Library welcomes donations, gifts, legacies, and endowments that promote and enhance the collection, services, and programs of the library. Commercial donations of funds, printed material, equipment, supplies, performers, or expertise that complement and support a library objective may also be accepted.

The library accepts gifts of new and used books, audio recordings, DVDs, and similar materials. The library will no longer accept VHS or Cassette tapes. Items will be added to the collection in accordance with the selection policy of the library. Once donated, items become the property of the Autauga-Prattville Public Library, and may be given to other libraries and non-profit agencies, sold, traded, or discarded if they are not added to the collection. Donated items will not be returned to the donor and the library will not accept any item that is not an outright gift. The library will acknowledge receipt of donated items but is unable to set fair market or appraisal values. It is recommended that the donor make a list of items donated. If items are being donated to obtain a tax benefit, it is the donor’s responsibility to establish fair market value or obtain expert assistance in establishing any value. The library also reserves the right to decide when a gift added to the collection can be withdrawn.

Monetary gifts, bequests, and memorial or honorary contributions are particularly welcome. Restricted gifts subject to certain conditions of the donor may be accepted if the Library Board of Trustees agrees to the condition of the gift. Funds donated to enhance the collection will be used to purchase items in accordance with the selection policy of the library. Books, DVDs, and other materials purchased with bequests and memorial or honorary contributions will be identified with special donor plates whenever possible. If requested, notification of memorial or honorary contributions will be sent to the family of the person being recognized. Suggestions for subject areas or other areas of interest are welcome and will be followed to the extent possible.

Acceptance of donations of equipment, real estate, stock, artifacts, works of art, collections, etc., will be determined by the Library Board based on their suitability to the purposes and needs of the library, laws, and regulations that govern the ownership of the gift, and the library’s ability to cover insurance and maintenance costs associated with the donation.

## XII. Fine Forgiveness Program

Four times a year, the library will offer a Fine Forgiveness program to the community. Fines for overdue, lost, or damaged items may be forgiven if the patron brings items to the library for donation to an approved non-profit organization. A list of approved items that may be given as a donation in lieu of payment will be made available at the circulation desk. A minimum of two items must be donated and the items must be new, within the best buy date, and unused. The designated non-profit organization is approved by the Library Board and cannot be changed without Board approval.

## XIII. Hoopla Streaming Service Policies

Hoopla is available to library patrons with a valid library card who are in good standing with the library.

Patrons with fines of $5.00 or more or with an expired library card will be blocked from Hoopla until their account has been cleared.

A limit of 5 check outs per month is set for all library cards. A limit of 10 holds are allowed at a time per library card. These limits may be adjusted at the Library Director's discretion for budgeting purposes.

Items may be renewed twice.

All items borrowed through the Hoopla website may be streamed on a computer, tablet or smart phone, or downloaded using the mobile app. All items will expire automatically, so no fines will be assessed.

Hoopla content has the following restrictions for Patron Reporting Class: Preschool, Juvenile, Young Adult (minor library cards)

- Movie Restrictions: R and above
- TV: TV14 and above
- Comics: PA and above
- Music: PA

## XIV. Interlibrary Loan

Interlibrary Loan (ILL) offers Library users the opportunity to request and receive books that are not owned by Autauga-Prattville Public Library (APPL). Through ILL, you have access to the circulating book collections of all the library systems in Alabama, as well as universities and public library systems throughout the United States. The APPL libraries will place a $2.00 service fee on each ILL to help with postage and handling.

ILL services are available to anyone holding a valid APPL card. Requests for books can be placed at any library location or by calling the main library at 334 365-3396 or faxing the request to 334 365-3397

Requested material will be delivered to the Prattville Library and then sent to a branch library of your choice. You will be contacted when the material is available for pickup. If you have questions about your ILL request once it has been placed, please call the Cataloger at 334 365-3396 Ext. 12.

Any item received via ILL service is subject to the same fees/fines placed on similar items owned by APPL. In addition, libraries which loan material to APPL may place restrictions on the loan period or place additional fines/fees on loaned items.

Patrons wanting photocopies or loans from fee-charging libraries must submit a check or money order made payable to the lending library before the loan request can be submitted. If the item is not filled by the lending library, the check or money order will be returned to the patron.

## XV. Materials Circulation Policy

One of the goals of the Autauga-Prattville Public Library is to provide library materials for patron use. Policies and procedures governing the circulation of materials have been implemented by the library to foster fair and equitable availability of library materials to patrons and to reasonably ensure the return of the materials for future use.

The library staff strives for a consistent, efficient materials circulation procedure. While there will be exceptions to any rule or procedure, library patrons will appreciate that the consistent application of rules, policies and procedures ensure fair and equitable availability of library materials for all users. Staff will be mindful that the ultimate goal is to get materials into the hands of the patrons for their use.
All circulation transactions with patrons will be handled with an open, friendly, respectful, helpful and professional manner. Staff must adhere to the principles of confidentiality of library patrons' records and circulation transactions in general, and specifically as required by law.

<u>Circulation of Print and Non-Print Materials:</u>

1. Books, lease books, audio-books, DVD's, baking pans, text magnifiers, energy watt meters are loaned for a period of two weeks to any person presenting a valid library card and who is not blocked or barred from borrowing materials; Learning kits, projectors, CD players, dolls and doll accessory kits and tool kits, and digital cameras are loaned for a two-week period to any person 18 years of age and older presenting a valid library card with an account in good standing. Launchpads, telescopes, microscopes, chemistry sets, and wi-fi hotspots are loaned for a one-week period to any person 18 years of age and older presenting a valid library card with an account in good standing. Wi-fi Hotspots may not be loaned to any patron, or anyone living in the household of a patron who has lost a Wi-fi Hotspot and has not paid for the item.

2. A maximum of 50 total items may be borrowed per patron.

3. A maximum of 4 lease books may be borrowed per patron. A maximum of 4 audio books and 2 DVDs may be borrowed per patron. A maximum of 2 board games may be borrowed per patron. A maximum of 1 Launchpad, 1 learning kit, 1 projector, 1 CD player, 1 telescope, 1 microscope, 1 doll, 1 doll accessory kit, 1 baking pan, 1 wi-fi hotspot, 1 tool kit, 1 chemistry set, 1 digital camera, and 1 energy watt meter may be borrowed per household. A maximum of 1 text

magnifier may be borrowed per patron. Patron will be given seven (7) days to return missing pieces/accessories before applicable nonrefundable replacement fee is charged.

4. Items may be renewed 2 times unless another patron requests the item; at that time the item must be returned to the library and checked back in. Lease books, DVD's, board games, learning kits, projectors, CD players, wi-fi hotspots, telescopes, microscopes, dolls and doll accessory kits, baking pans, launchpads tool kits, chemistry sets, digital cameras, and energy watt meters may not be renewed.

5. Items may be renewed over the telephone or online if they are eligible for renewal.

6. At the discretion of the Director and department managers, materials that are in high demand may be limited to a shorter circulation period or may be placed on in-library reserve during the period of highest demand.

7. Interlibrary loan materials must be requested and reserved for use with applicable fees payable at the time of pick-up.

*Reserves/Material Suggestions*
Patrons may place a "hold" or request for Library materials that are checked out in person, by phone, or via the online catalog. When the material becomes available for checkout the requesting patron will receive a phone call, email, or text.

Patrons may suggest a title for purchase in person or via the online catalog. The library does not guarantee that any item requested will be purchased; if the item is purchased the patron will be notified by phone call, email, or text when the item is available for check out. If the item is difficult to find or the cost is outside the library's budget, the item may be requested through Interlibrary Loan.

## XVI. Notary Service

The library provides notary services free to all patrons.

A current valid photo ID is required for notary services. Acceptable forms of ID are:

- Driver's license
- Non-driver ID issued by the Motor Vehicle Commission
- US or foreign passport
- US military ID
- Green card

Documents in any language other than English will not be notarized.

Library Notaries are not able to give legal advice.

Library Notaries cannot pre or postdate any document.

The signature line should not be completed beforehand. Notaries must see the document be signed.

The Library does not provide witnesses. If the document requires a witness, the patron must bring the witness with them. A witness must be personally known and cannot be a stranger in the library.

Library Notaries reserve the right to decline service for any reason.

## XVII. Patron Behavior

The Autauga Prattville Library Board of Trustees has established certain standards of acceptable behavior on library property in order to maintain an atmosphere that promotes the use and enjoyment of the resources and services of the library, promotes the safety of the general public and the library staff, and protects the building, computers, furniture, equipment, and materials of the library.

Any activity that interferes with the rights of other patrons to use the library, disrupts the normal functioning of the library, could result in physical, emotional, or mental injury to oneself or others, or could result in damage to the facilities, equipment, or materials is considered disruptive and unacceptable behavior. Some behaviors which are prohibited include:

- Destruction of property (either that of other patrons, staff, or the library).
- Physical abuse (such as an altercation between two patrons or physically abusive behavior directed at a staff member).
- Threatening or bullying staff or others; brandishing or displaying weapons.
- Sustained loud conversation, or noise, that rises above the ambient noise in the library.
- Theft.
- Obscene language and verbal abuse, exhibitionism, lewdness.
- Consuming liquor or using illegal drugs on library premises.
- Intoxication.
- Soliciting for immoral purposes or for patronage (panhandling).
- Smoking
- Refusal to comply with library policy after requested by a staff member.
- Bringing pets or animals, other than service animals necessary for disabilities, into the library, except as authorized by the Director.
- Neglecting to provide proper supervision of children.

The library reserves the right to require anyone who engages in disruptive behavior to leave the premises, the right to restrict privileges for a specified period of time, and the right to ban the individual from the library for a specified period of time or permanently. In most cases, a staff member will notify the individual that he or she is in violation of the standards of conduct and will provide one verbal warning. Unlawful activities will be reported immediately to the police.

Recognizing that each situation is unique, common sense and courtesy should guide library staff response to any encounter. In situations where library staff members feel that the health, safety or security of library users or staff members are threatened, they may take any and all appropriate action including, but not limited to, calling the police for assistance. In the event that the library's standards of acceptable behavior are violated, an "Incident Report Form" must be completed to fully document the incident. This report is vital to document what happened and get the names of witness in case there is further need to bar the person from the library or take legal action.

All bags and other articles are subject to inspection by library staff or other authorized personnel. The Library reserves the right to limit the size and number of items brought into the Library.

Banning and Appeal:

The library director may ***ban*** persons for serious offenses. A *banned patron* may not return to the library without the Library Director's permission. If they return to the Library without permission the police will be contacted to remove them from the building.

When a person is being banned, they will receive a letter from the Library Director outlining the library policy on disruptive behavior and the offense or offenses which caused the library to take action. It is up to the banned person to contact the Library Director by phone, mail or email to set up a meeting to discuss the situation and the length of the ban, which may be one week or longer, at the discretion of the Library Director. At the meeting, banned persons under the age of 19 must be accompanied by a parent or legal guardian. After the meeting, the banned person must leave Library premises until he or she receives a letter stating the library's position.

The determination of the Library Director in a case of a banning may be appealed to the Autauga-Prattville Public Library Board of Trustees in writing. Written appeals must be filed within 10 days of the Library Director's final determination. Such appeals will be filed with both the Library Director and the Library Board Chair. The Board will hold a hearing within 30 days after the appeal has been filed. The appellant will be notified at least 10 days before the hearing. Failure to appear on the assigned day of the hearing without prior notification to the Library Board Chair will result in denial of the appeal.

## XVIII. Programming Policy

The Autauga Prattville Public Library provides programs to serve the Library's mission and to expand the visibility of the Library in the community.

Ultimate responsibility for the planning and implementation of programs rests with the Library Director, who administers under the authority of the Library Board of Trustees. The Library Director, in turn, delegates the authority for program management to appropriate departmental staff.

The library uses the following criteria to make decisions about program topics, speakers, and resources:

- Community needs and interests
- Budget and cost of the program
- Space requirements
- Connection to other community programs, exhibitions or events
- Relation to library collections, resources, and programs
- Library policy

In addition, the library actively partners with other community agencies, organizations, or individuals to develop and present co-sponsored public programs. Professional performers and presenters that reflect specialized or unique expertise may be hired for library programs; performers and presenters will not be excluded from consideration because of their origin, background, or views, or because of possible controversy. For the avoidance of doubt, programming for minors age 17 and under may not contain obscenity, sexual conduct, sexual intercourse, sexual orientation, gender identity, or gender discordance. Age-appropriate programming concerning biology, human anatomy, or religion are exempt from this rule. The Library Board of Trustees reserves the right to exercise discretion over all programming

Library staff who present programs do so as part of their regular job and are not hired as outside contractors for programming. Library sponsorship of a program does not constitute an endorsement of the content of the program or the views expressed by participants and program topics, speakers and resources are not excluded from programs because of possible controversy. For the avoidance of doubt, programming for minors age 17 and under may not contain obscenity, sexual conduct, sexual intercourse, sexual orientation, gender identity, or gender discordance. Age-appropriate programming concerning biology, human anatomy, or religion are exempt from this rule. The Library Board of Trustees reserves the right to exercise discretion over all programming

The Library strives to provide the vast majority of its programming free of charge. However, a fee may be charged to recover the cost of a presenter, materials, or supplies, when it would otherwise not be feasible to offer the program.

Sale of items during library programs is not permitted except under the following circumstances; fund-raising to benefit the Library or the sale of books, CDs, or other items by authors, performers, or presenters as part of a Library program. The library does not sponsor programs used for commercial, religious, or partisan purposes or the solicitation of business; including presentations offered for free but with the intention of soliciting future business.

Registration may be required for planning purposes or when space is limited. Programs may be held on site, at any library branch, or off site.

External organizations or individuals partnering with the Library on programs must coordinate marketing efforts with the Library Director or other appropriate library staff. The library welcomes feedback from patrons concerning programming. Patrons who wish to request a review of library programs may submit a Request for Reconsideration form. Requests for review of programs will be considered in the same manner as requests for reconsideration of library materials as outlined in the Library's Policy Manual.

## XIX. Public Participation at Library Board Meetings policy

Information on the date, time, and place of the Library Board meetings can be found on the library's website and announcement board.

It is the intent of the library board that persons wishing to address comments or ask questions shall be afforded reasonable and fair opportunity to do so. Members of the public wishing to address the board may do so at any regularly scheduled meeting during the agenda time reserved for communications.

To be allowed to speak, visitors must email the Library Director by the Monday no later than 5:00 pm, (regardless of whether Monday is a holiday) before the upcoming meeting with their full name, street address, and reason for speaking. Speakers must be residents of the City of Prattville or Autauga County. The Board Chair will call on each visitor one at a time to stand and address the board for no more than the allocated time. Speakers may not yield their time to another individual. Requests for time to speak will usually be granted in the order they were received.

Each speaker is given three (3) minutes to share their views with the board. No person may speak more than once per meeting.

Comments should be in good taste and remarks about specific individuals are not allowed. If the Board Chair feels that a speaker is not following these guidelines or other Board policies, the Board Chair is authorized to direct that speaker to sit down or leave the meeting.

It should not be expected that the board would take immediate or official action on any subject brought before it without having time for review or study of facts or matters presented.

The Board Chair recognizes each registered speaker. The Trustees listen and do not interact with the speakers. The Board Chair introduces each speaker and keeps track of the time. The Board Chair may ask questions or ask for additional information from persons appearing before the board.

## XX. Reconsideration of Materials

The Autauga-Prattville Public Library supports the principles inherent in the First Amendment of the Constitution of the United States.

Comments from members of the community frequently provide librarians with useful information about interests or needs that may not be adequately met by the Library. The Library welcomes the expression of opinion by patrons on the collection as a whole, parts of the collection or individual items.

If a question is raised about certain materials in the library's collection, the following procedures shall be followed:

1.The patron will be offered a packet of materials that includes the Collection Development Policy, Reconsideration of Materials Policy, and Request for Reconsideration Form. This packet will also be available on the library website.

2.The patron may submit the Request for Reconsideration form to the Library Director. The patron submitting the request must be a resident of Autauga County or the City of Prattville and have an active library card.

3. Upon receipt of the completed Request for Reconsideration Form, the Library Director will respond to the patron within 48 business hours to acknowledge the reconsideration process has begun.

4. Within 48 business hours of receipt of the Request for Reconsideration Form, the Director will send the Request for Reconsideration in its entirety to the Board of Trustees. The Director will concurrently request a review of the material by a Review Committee. Materials under reconsideration will be held in reserve for reference by the Review Committee and Board of Trustees.

5. The Review Committee will prepare and send to the Board a written recommendation of its findings once all members have been able to thoroughly review the material within a reasonable time frame not to exceed one month. The Board of Trustees reserves the right to determine the maximum number of materials under review at any point in time.

6. The Board will make a final determination in the matter at its next meeting.

7. The Director will immediately send a written response detailing the Board's decision to the patron who submitted the request.

**The decision on reconsideration of a specific title will remain in effect for five years, unless otherwise determined by the Board.**

**Review Committee**

The Review Committee is called by the Library Director and approved by the Board of Trustees. The Review Committee consists of three members, preferably consisting of:

- One Library Board Member
- Two Library Staff Members

The Review Committee takes the following steps after receiving the challenged materials:

- Reads, views, or listens to the material thoroughly;
- Confers as a whole with the other members of the Review Committee;
- Checks general acceptance of the material by reading reviews and consulting recommended reading lists from reputable sources;
- Determines the extent to which the material supports the selection criteria
- Prepares a written recommendation of its findings

*All completed forms are to be kept on file in the Director's Office indefinitely*.

## XXI. Solicitation

Solicitation of the public or the staff is not permitted on public library property. Citizens are entitled to visit the public library without the intrusion of personal or passive solicitation, which may imply an obligation to contribute. Solicitation activities include, but are not limited to, sales of goods or placement of receptacles for the collection of goods or money, asking for donations, insurance sales, ticket sales, posting of printed signs or literature not approved by the director, etc. The solicitation of names or personal information of those attending meetings or library functions is also prohibited.

Because libraries serve as voter registration sites, soliciting for votes on behalf of or against political candidates or issues is also prohibited.

The only exceptions to the non-solicitation policy are the fund-raising projects sponsored by the library or the Friends of the Library with the approval of the library director.

## XXII. Unattended Children Policy

The Autauga-Prattville Public Library serves all residents of the community. The library encourages visits by children and it is our desire to make these visits both memorable and enjoyable for each child. Children of all ages are encouraged to use the library for homework, recreational reading and program attendance. Parents and caregivers should realize, however, that the library staff cannot provide supervision for their children. Library staff cannot prevent children from leaving the library facility by themselves or with strangers whose intention may be to harm children. To ensure the safety of children who use the library, parents should not leave their children unattended in the library. An "unattended child" is defined as a child, who is in the library without a parent or adult supervisor who is eighteen or older. Under no circumstances will library staff take an unattended child out of the library or provide transportation for the child.

- Parents or guardians are responsible for the appropriate behavior of their children in the library.
- The library staff does not provide care or supervision of children in the library except to the extent needed to uphold the library rules of conduct and use and does not accept responsibility for such care.
- Children 12 and under must be accompanied at all times by a parent, guardian or other responsible caregiver.
- Children age 13 and older may be in the library unattended for a reasonable period of time if checking out books, doing research or homework or are otherwise legitimately engaged in library activities. Library appropriate behavior is expected.
- When the safety of an unattended child is in doubt or if the library is closing and a parent, guardian or other caregiver cannot be located, two library staff will stay with the child for 30 minutes and then the police or sheriff's department will be called. **Under no circumstance will staff transport a child in their own vehicle**. An incident report must be filled out and filed by library staff.
- Violations of this policy are grounds for suspension of library privileges (see the library's Patron Behavior policy).
- After the incident, the parent will be sent a letter notifying them of the library's policy on unattended children.

## XXIII. Volunteers

It shall be the policy of the Autauga Prattville Public Library to utilize the services of volunteers in any areas where they can assist the library in meeting its objectives of public service. Volunteers shall be utilized to supplement the duties and activities of paid staff and are not considered a replacement for paid staff. Volunteers will be at least 16 years of age, unless otherwise approved by the director, and will complete a volunteer information form to be reviewed by the director. After review of the information the volunteer will be contacted concerning serving at the library. All volunteers must sign a Volunteer Agreement stating that they agree to abide by the policies set forth by the library. The librarian reserves the right to accept, deny, or terminate the position of a volunteer with the understanding that such a decision is in keeping with the established guidelines concerning personnel and practice set out in the employee handbook.

# Appendices:

**Autauga-Prattville Public Library**
Prattville-Autaugaville-Billingsley-Marbury
254 Doster St. Prattville, AL 36067
(334) 365-3396

# EMPLOYMENT APPLICATION

**Important**: Please complete this application in its entirety. Answer all questions thoroughly. An incomplete application may prevent you from being considered or hired. This application must be signed and dated. This company is an equal opportunity employer. We do not discriminate against any applicant or employee because of disability, race, color, religion, sex, age, citizenship or national origin.

## Personal

| | |
|---|---|
| Last Name First Middle | Today's Date: |
| Current Address (Street, City State, Zip Code) | How long at this address? |
| Previous Address (Street, City, State, Zip Code) | How Long at this Address? |
| Are you legally eligible for employment in the United States? ( ) Yes ( ) No | Telephone Number |
| Are you 18 years of age or older? ( ) Yes ( ) No | Social Security Number |
| Have you ever been employed by this company before? ( ) Yes ( ) No<br>If yes, indicate date and position<br>______________________________ | |
| Relatives employed with us? Please list name, location and relationship:<br>______________________________ | |

## Education

| Name and Location | Years Completed | Did you Graduate? | Diploma, Degree or Certification | Course of Study |
|---|---|---|---|---|
| High School | | ( ) Yes ( ) No | | |
| College | | ( ) Yes ( ) No | | |
| Business Trade/Technical | | ( ) Yes ( ) No | | |
| Other | | ( ) Yes ( ) No | | |

## Position

| | |
|---|---|
| Specific Position Desired: | ( ) Full Time ( ) Part Time |

Summarize any training and list any qualifications for the position for you which you are applying: ______________________________________________

Other special skills you have: ______________________________________________

Can you travel if a job requires it? ( ) Yes ( ) No

| Salary Desired: | Date available to start work: |
|---|---|

Please indicate hours you will be available to work each day:

| | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** |
|---|---|---|---|---|---|---|
| **From** | | | | | | |
| **To** | | | | | | |

## Employment History

**(List most recent employer first)**

| | |
|---|---|
| Present or Last Employer | Dates Employed:<br>From: To: |
| Address | City, State, Zip Code |
| Telephone Number: | Starting Salary: Ending: |
| Job Title: | Supervisor: |
| Describe Job Duties: | |
| Reason for Leaving: | |
| Present or Last Employer | Dates Employed:<br>From: To: |
| Address | City, State, Zip Code |
| Telephone Number: | Starting Salary: Ending: |
| Job Title: | Supervisor: |
| Describe Job Duties: | |
| Reason for Leaving: | |
| Present or Last Employer | Dates Employed:<br>From: To: |
| Address | City, State, Zip Code |
| Telephone Number: | Starting Salary: Ending: |
| Job Title: | Supervisor: |
| Describe Job Duties: | |
| Reason for Leaving: | |

**(If additional space is needed, please continue on a separate sheet of paper)**

## Unemployment History

Please list date and explain any/all periods of time you were not employed

| |
|---|
| |
| |
| |

## References

Give the name, address and telephone number of three individuals (other than relative or past employers) whom you have known for several years.

| Name | Address | Telephone Number | Years Known |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Have you ever been convicted of a crime? ( ) Yes ( ) No If yes, please explain:

## PLEASE READ CAREFULLY BEFORE SIGNING

- I certify that the information contained in this application is true and correct and understand that any falsification, misrepresentation or omission on this application is grounds for refusal to hire or immediate dismissal if I am employed.
- I authorize and request my former employers, education institutions, references, governmental agencies or other individuals to give the company any and all information and opinions about me in their possession. I hereby release and hold harmless former employers, education intuitions, references, governmental agencies or other individuals from any liability or claim relating to such release of information or opinions. I authorize and request federal, state and local governmental agencies to release to the company any requested information concerning my driving record or any criminal convictions.
- I agree to comply with all company rules, regulations and policies and acknowledge that these rules, regulations and policies may be modified, deleted or supplemented at any time without prior notice to me.
- I understand that the use or possession of illegal drugs, abuse of prescription or non-prescription drugs or working under the influence or impairment of alcohol or drugs is prohibited. I am willing to submit to substance abuse or alcohol testing prior to or during my employment at the request of the company and that refusal to test will be grounds for non-employment or dismissal is employed.
- I understand I will be required to furnish proof I identity and legal work authorization to hire.
- If employed, I understand that I will be an employee "at will" and either the company or I may terminate my employment relationship at any time and for any reason with or without notice. I also understand that no written or oral statements I receive from the company unless agreed to in writing by the Director will change my status as an "at will" employee.
- **THIS APPLICATION WILL REMAIN ACTIVE FOR SIXTY (60) DAYS.**

Applicant Signature: ______________________________ Date: ________________

# Donation Form

Autauga-Prattville Public Library
254 Doster Street, Prattville, AL 36067
334 365-3396; www.appl.info

Date _______________ Your Name _______________________________________________

Address _________________________ City _______________ State _______ Zip _________

Telephone # _____________________ Email _______________________________________

Type of donation (if monetary please put the amount)

______________________________________________________________________________

______________________________________________________________________________

Please check one of the following options and attach any information:

____ This gift is a general donation and may be used in any way to benefit the Autauga-Prattville Public Library.

____ This gift is designated to be used for the following purpose:

______________________________________________________________________________

______________________________________________________________________________

_____ This gift is in memory of: ________________________________________________

_____ This gift is in honor of: _________________________________________________

on the occasion of: _____________________________________________________________

**Please notify the following individuals of my gift. (Name and mailing address)**

______________________________________________________________________________

Thank you for your support of our four libraries in Autauga County, Alabama

***Your contribution is tax-deductible to the extent provided by law.***

*Questions? Please contact the Library Director*
*334-365-3396, Ext. 13*

Donations Policy

The Autauga-Prattville Public Library welcomes donations, gifts, legacies and endowments that promote and enhance the collection, services, and programs of the library. Commercial donations of funds, printed material, equipment, supplies, performers, or expertise that complement and support a library objective may also be accepted.

The library accepts gifts of new and used books, audio recordings, DVDs, and similar materials. The library will no longer accept VHS or Cassette tapes. Items will be added to the collection in accordance with the selection policy of the library. Once donated, items become the property of the Autauga-Prattville Public Library, and may be given to other libraries and non-profit agencies, sold, traded, or discarded if they are not added to the collection. Donated items will not be returned to the donor and the library will not accept any item that is not an outright gift. The library will acknowledge receipt of donated items but is unable to set fair market or appraisal values. It is recommended that the donor make a list of items donated. If items are being donated to obtain a tax benefit, it is the donor's responsibility to establish fair market value or obtain expert assistance in establishing any value. The library also reserves the right to decide when a gift added to the collection can be withdrawn.

Monetary gifts, bequests, and memorial or honorary contributions are particularly welcome. Restricted gifts subject to certain conditions of the donor may be accepted if the Library Board of Trustees agrees to the condition of the gift. Funds donated to enhance the collection will be used to purchase items in accordance with the selection policy of the library. Books, DVDs, and other materials purchased with bequests and memorial or honorary contributions will be identified with special donor plates whenever possible. If requested, notification of memorial or honorary contributions will be sent to the family of the person being recognized. Suggestions for subject areas or other areas of interest are welcome and will be followed to the extent possible.

Acceptance of donations of equipment, real estate, stock, artifacts, works of art, collections, etc., will be determined by the Library Board based on their suitability to the purposes and needs of the library, laws, and regulations that govern the ownership of the gift, and the library's ability to cover insurance and maintenance costs associated with the donation.

Autauga-Prattville Public Library

# Autauga-Prattville Public Library
# Incident Reporting Form

Date/Time of Incident ____________________ Location ________________________________

Staff member(s) reporting incident: _________________________________________________

Name & address of Person(s) causing the incident:

____________________________________________________________________________

____________________________________________________________________________

**Type of Incident: Mark applicable categories**

_______ Accident
_______ Adult Abuse
_______ Assault
_______ Building Emergency
_______ Child Abuse/Neglect
_______ Children/Unattended
_______ Computer/Internet Issue
_______ Damage to Building/Bath
_______ Emotionally Disturbed
_______ Group Disruptive Behavior
_______ Other: _________________________________________
_______ Harassment Complaint
_______ Injury or Illness
_______ Parking Lot Problem
_______ Patron Complaint
_______ Sexual Misconduct
_______ Stalking
_______ Theft of Materials
_______ Vandalism of Property
_______ Vandalism of Library Materials
_______ Verbal Abuse

**Description of Incident: Please be precise in your descriptions. Use extra sheets if necessary.**

____________________________________________________________________________

____________________________________________________________________________

____________________________________________________________________________

____________________________________________________________________________

____________________________________________________________________________

**Page 2**

**Names & Address of all people involved.**

______________________________________________

______________________________________________

______________________________________________

**Witness names & address:**

______________________________________________

______________________________________________

______________________________________________

**IF THE POLICE, FIRE DEPARTMENT, PARAMEDICS, ETC. WERE CALLED, GIVE NAMES OF OFFICERS RESPONDING TO THE CALL:**

______________________________________________

______________________________________________

**Signature of Person Reporting the Incident** ______________________________

**Please fill out completely and give a copy to the library director.**
**______ Library Director Notified**

Office Use
Action taken:

Board approved: 2006
Reviewed: Nov. 2015

REQUEST FOR RECONSIDERATION OF LIBRARY MATERIALS
Autauga-Prattville Public Libraries

The Autauga-Prattville Public Library supports the principles inherent in the First Amendment of the Constitution of the United States.

Please read our Reconsideration of Materials Policy prior to submitting this form.

The completed form, including all required information, should be returned to the Library Director at 254 Doster St. Prattville, AL 36067.

Date ______________________

Name ____________________________________________________________________________

Address __________________________________________________________________________

City ___________________________________________ State ________ Zip ________________

Email __________________________________________ Phone ___________________________

Do you represent: ☐ Yourself
☐ Organization: ________________________________________

Resource on which you are commenting:

Book Audio

DVD/Blu-Ray Newspaper

Game Digital

Magazine Other (please specify): ________________________________

Have you examined (read/heard/seen) the material thoroughly?___Yes ___No

Author ___________________________________________________________________

Title _____________________________________________________________________

Publisher/Producer ________________________________________________________

What brought this resource to your attention?

Please answer the following questions as fully as possible:

1. To what in the work do you object? Be as specific as possible, cite pages, etc.

3. What do you feel might be the result of allowing the public access to this work?

4. For what age group would you recommend this work, if at all?

5. What would you like the library to do with this material?

6. What material with a similar purpose would you suggest as a replacement for this item?

7. Have you read any critical reviews of this work?

Petitioner's Signature Date

**Office Use**

---

Received by Director: ____________________

Documentation of resolution of complaint:

___

___

___

___

___

___

___

## Volunteer Application

| |
|---|
| **Autauga Prattville Public Library**<br>**254 Doster Street**<br>**Prattville, AL 36067**<br>**336 365-3396 Ext. 10 (Assistant Director)** |

***Please fill out this application and return to the Assistant Director.***
***Please note that library volunteers must be sixteen or older to work at the library.***

**Date** ____________________________________________________

**Name** ___________________________________________________

**Address** _________________________________________________

**Phone Number:** _________________ **E-mail** _____________________

**Hours and days you are available to work** _________________________

__________________________________________________________

**Education** ________________________________________________
**School Name, grade, degree, certificate earned, etc.**

**Birthday** _____________

**Previous work experience (company, position, dates of employment):** _____

__________________________________________________________

__________________________________________________________

**Computer and Internet knowledge or experience** ___________________

__________________________________________________________

**Do you use a computer?** _____
**Can you lift and reach in order to shelve books?** _____
**Have you had experience working with the public?** _____
**Have you volunteered before?** _____ **If so, give the place, dates and your supervisor's name and telephone #.**

__________________________________________________________

**Page 2 (volunteer application)**

**Please provide names and telephone numbers for three references who know you.**

______________________________________________________________

______________________________________________________________

______________________________________________________________

**Why do you wish to volunteer at the library?**

______________________________________________________________

______________________________________________________________

______________________________________________________________

**Office Use**

**Date application received** ________________________________________

**Received by** ______________________________________________________

**Hours assigned** ___________________________________________________

**Work Area** _________________________ **Supervisor** __________________

**Notes:** __________________________________________________________

________________________________________________________________

________________________________________________________________