# Exhibit E

Alabama Public Library Service

Nancy C. Pack, Ph.D.
Director

June 18, 2024

Dear Library Directors,

Many of you have expressed concerns that APLS is not providing the support and responses needed to update your policies. APLS is working hard to ensure that despite a 9 percent decrease in our operating budget, we can still provide your libraries with quality services.

Currently, APLS has six vacant staff positions:

- Three positions in the Library for the Blind and Physically Disabled
- One Human Resources position
- One receptionist/clerical position
- One IT help desk position

I will make recommendations for budget cuts to the APLS Executive Board. My recommendations will include staff, programs and databases. These decisions are difficult. Ultimately, the board may concur with my recommendations or develop their own.

Now to address some of your concerns:

- Newspapers and articles are not always accurate in their reporting.
- As a reminder, the Board speaks as one, and the Chairman, Ron Snider, is the spokesperson representing the board.
- Confusion exists when other Executive Board members express their personal opinions to news outlets.
- APLS will always follow up by sending out an email or a letter to inform library directors of the Executive Board's decisions.

***Certification of the Final Adopted Rule for APLS Administrative Code Facts***

After LSA receives the final certification, LSA will publish the certification in the next issue of the Alabama Administrative Monthly (AAM), a register of rule changes proposed by state agencies. Unless the agency specifies a later date, the rule will become effective 45 days following the publication of the certification in the AAM. At any time before the rule becomes effective, the Joint Committee may convene a hearing on the rule and disapprove it, send it back to the agency with suggested amendments, or take no action at all, thereby allowing the rule to become effective at the end of the 45-day waiting period.
**Note: This is considered the comment period for the public**. The last day for comments is July 14, 2024.

As of today, APLS has not been notified of any person or groups asking the Joint Committee to convene for a hearing. However, Reports in news articles state that groups have asked for a hearing.

***Q: When will changes to your policies need to be provided to APLS?***

***A:*** APLS will start accepting revised policies beginning September 1, 2024.

- The revised policies must be approved by your governing board before submission to APLS.
- To receive your state aid for FY2025, you will need to have your updated policies submitted to APLS by June 30, 2025. State aid funds will be withheld until policies have been submitted. If policies are not submitted by June 30, 2025, state aid will be forfeited for FY2025.
- APLS requires that all public libraries be eligible to receive state aid in order to apply for LSTA. If your library has submitted an FY2025 LSTA Competitive grant to APLS, you will need to submit your updated policies by December 1, 2024.

***Q: Why are LSTA competitive grants being delayed until December 1, 2024?***

***A:*** The Institute of Museum and Library Services (IMLS) is reviewing the APLS Administrative Code, Chapter 520-2-2 Supplemental State Aid for Public Libraries to ensure we remain eligible to receive federal funds from IMLS.

***Q: What if APLS is not eligible to receive IMLS funds?***

***A:*** Without additional funding from IMLS to the State of Alabama, there will be a detrimental impact APLS' ability to function.

***Q: How does a library determine what is appropriate or inappropriate with regard to library materials?***

***A:*** APLS cannot determine what is appropriate or inappropriate or where items should be shelved.

- You and your board must decide what is appropriate based on your community's needs.
- It is imperative that your board support and defend library acquisitions and policies.

***Q: Who will determine if our policies meet the Administrative Code requirements?***

***A:*** APLS will look at the tangibles: attendance, trustee training. The policies you develop are subjective to each community and board. APLS trusts that local boards report correct data such as the State Aid Application/Agreement. At this time, when the policies are submitted to APLS, your board chairperson will sign and notarize a document confirming your policies meet the requirements. The APLS Board of Trustees has not informed me if these requirements will change.

***Q: What do I do with my existing children's/YA collections?***

***A:*** Evaluate the existing children's/YA collection and review according to the CREW method. When weeding, keep in mind the terms your library has selected to define sexually explicit and obscene material.

***Q: What are the guidelines for protecting minors?***

***A:*** It is the parent's responsibility to ensure minors follow library policies and standards. This includes overseeing unattended children, monitoring what children view when reading in the library and using technology, and applying restrictions on the circulation of materials. Library policies/guidelines should reflect the library's staffing, facility design, etc.

Policies should be made available to parents and minors who are old enough to understand what is acceptable in a public place.

***Q: Pertaining to the Administrative Code change relating to children's library displays, what is "advance approval"?***

***A:*** "Advance approval" means having a policy in place that outlines what is acceptable for display in the library. The responsibility rests with the library board and/or relevant library staff to follow the library policies.

This document provides guidance to the proposed administrative code changes.

Sincerely,
Nancy C. Pack
Nancy C. Pack
Alabama Public Library Service