# Exhibit F

The following definition of **inappropriate to minors** is synonymous with **harmful to minors** as defined by the Alabama Code Title 13A. Criminal Code 13A-12-200.1.

**Inappropriate for minors is defined as:**

a. The average person, applying contemporary community standards, would find that the material, taken as a whole, appeals to the prurient interest of minors; and
b. The material depicts or describes sexual conduct, breast nudity, or genital nudity, in a way which is patently offensive to prevailing standards in the adult community with respect to what is suitable for minors; and
c. A reasonable person would find that the material, taken as a whole, lacks serious literary, artistic, political, or scientific value for minors.

****************************************************************************************

The following definition of **sexually explicit** is procured from a combination of the Department of Justice's definition found in 18 U.S.C. 2256: Definitions for Chapter for "sexually explicit content" and the Alabama Code 13a-12-200.1 for "explicit content".

**Sexually Explicit** is defined as actual or simulated –

a. Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;
b. Sexual excitement;
c. Nudity;
d. Bestiality;
e. Masturbation;
f. Sadistic or masochistic abuse; or
g. Lascivious exhibition of the anus, genital or pubic area of any person;

and predominantly appeals to the prurient interest of minors 18 years and younger.

*****************************************************************************

Furthermore, for the purpose of this Library policy, the above terms are defined below as derived from AL Code 1975, 13A-6-111.

**Masturbation:** manipulation, by hand or instrument, of the human genitals, whether one's own or another's for the purpose of sexual stimulation. [13A-12-190(8)]

**Material:** any book, magazine, newspaper, printed or written matter, writing, description, picture, drawing, animation, photograph, pictorial representation, depiction, or image. [13A-12-200.1(15)]

**Nudity:** the lewd showing of the post-pubertal human female breasts below a

point immediately above the top of the areola and/or of the genitals or pubic area. [13A-12-190(10) & (11) and 13A-12-200.1(4) & (10)]

**Obscene:** means that the average person, applying contemporary community standards, would find that the material, taken as a whole, appeals to the prurient interest; and the material depicts or describes, in a patently offensive way, sexual conduct, actual or simulated, normal or perverted; and a reasonable person would find that the material, taken as a whole, lacks serious literary, artistic, political or scientific value [13A-12-200.2(17)]; (OR)

**Obscene:** means (a) when used to describe any matter that contains a visual reproduction of breast nudity, matter that applying contemporary local community standards, on the whole, appeals to the prurient interest; and is patently offensive; and on the whole, lacks serious literary, artistic, political or scientific value; (b) when used to describe matter that is a depiction of an act of sado-masochistic abuse, sexual intercourse, sexual excitement, masturbation, genital nudity, or other sexual conduct, matter containing such a visual reproduction that itself lacks serious literary, artistic, political or scientific value. [13A-12-190(13)]

**Sado-masochistic abuse:** means flagellation or torture, in an act of sexual stimulation, by or upon a person who is nude or clad in undergarments or in a revealing or bizarre costume; or the binding or physical restraining of a person who is nude or clad in undergarments or in a revealing or bizarre costume in an act of sexual stimulation. [13A-12-200.1(21)]; (OR)

**Sado-masochistic abuse:** means flagellation or torture, for the purpose of sexual stimulation, by or upon a person who is nude or clad in undergarments or in a revealing or bizarre costume; or the condition of a person who is nude or clad in undergarments or in a revealing or bizarre costume being fettered, bound or otherwise physically restrained for the purpose of sexual stimulation. [13A-12-190(50]

**Sexual acts include:** sexual intercourse, sodomy, sexual performance, obscene sexual performance, or sexual conduct for his/her benefit. [13A-6-111(d)]

**Sexual conduct:** is any act of sexual intercourse, masturbation, urination, defecation, lewd exhibition of the genitals, sado-masochistic abuse, bestiality, or the fondling of the sex organs of animals; or any other physical contact with a person's unclothed genitals, pubic area, buttocks, or the breast or breasts of a female, whether alone or between members of the same or opposite sex or between a human and an animal, in an act of sexual stimulation, gratification or perversion. [13A-12-200.1(22) and 13A-12-190(9)]

**Sexual intercourse:** means intercourse, real or simulated, whether genital-genital, genital-anal, oral-genital, or oral-anal, whether between persons of the same or opposite sex or between a human and an animal and has its ordinary meaning and occurs upon any penetration, however slight; emission is not required. [13A-6-60(1); 13A-12-190(7); and 13A-12-200.1(23)]

The term **“prurient interest”** appears in the definition of obscenity. According to Black’s Law Dictionary (2nd ed.) the term means "a morbid interest in sex, nudity and obscene or pornographic matters.”

-