# Exhibit G

# RESOLUTION OF THE BOARD OF TRUSTEES OF THE AUTAUGA-PRATTVILLE PUBLIC LIBRARY

## Concerning Standards for Deciding Appeals of Requests for Reconsideration Based on the Selection Policy

**Duly Passed On June 24, 2024**

---

WHEREAS, pursuant to the Autauga-Prattville Public Library's Policies, the Library Director has ultimate responsibility, subject to the oversight of the Board of Trustees (the "Board"), for collection development; and,

WHEREAS the Library Director has broad discretion to curate the collection and the responsibility to protect minors from material deemed inappropriate for children or youth; and,

WHEREAS the Library Policies set forth procedures by which patrons may request the Library Director to reconsider determinations regarding the acquisition of materials for the collection or the removal of materials from the collection; and,

WHEREAS the procedures provide for an appeal to the Board of the Library Director's final decision on a request for reconsideration;

Be it therefore:

**RESOLVED**, that the Board will be guided by the following standards on any appeal of a Request for Reconsideration under the Library Policies:

1. The Library Director's decision to remove material from the collection which is advertised for consumers under the age of 18 and which he or she deems inappropriate for children or youth may be reversed only if a majority of the Board finds that the material does not include any of the following:

   a. Content that is harmful to minors, as defined in state or federal law.

   b. Graphic descriptions, illustrations, or other representations of sexual conduct, as defined in state or federal law.

c. A mature theme or themes concerning issues of sexuality, sexual orientation, sexual abuse, or transgender identity.

d. Content presented in a manner that glorifies or seriously promotes or encourages illicit drug use; alcohol or tobacco use by minors; overt racial or ethnic animus; sexual harassment or discrimination; xenophobia; homophobia, transphobia, or any other animus based on sexual orientation or gender identity; promiscuity; teen pregnancy; physical or sexual abuse, pedophilia, polygamy, or any other criminal activity or conduct; or a pattern of behavior characterizing a recognized mental health condition.

2. The Library Director's decision to keep challenged material in the collection, or to return previously removed material to the collection, because he or she does not deem it to be inappropriate for children or youth, may be reversed only if a majority of the Board finds the material satisfies at least one of the standards enumerated above and the material is not moved to the adult section of the library and appropriately labeled or flagged for patrons 18 years and older.

The undersigned hereby certify that the foregoing resolution was duly passed by the Board of Trustees of the Autauga-Prattville Public Library on the 24th day of June, 2024, and that the resolution has been duly recorded in the Minute Book and is in full force and effect.

[redacted]
Chair

[redacted]
Secretary