**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| READ FREELY ALABAMA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-00276-MHT-CWB |
| | ) | |
| AUTAUGA-PRATTVILLE PUBLIC LIBRARY BOARD OF TRUSTEES. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS**
**FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

Defendant Autauga-Prattville Public Library Board of Trustees, by and through its undersigned counsel, moves the Court pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss this case for lack of subject-matter jurisdiction. Specifically, the Court lacks jurisdiction because the claims as to the policies that are no longer in effect is moot, the claims as to the new Selection Criteria Policy is not ripe for judicial review, and the Plaintiffs lack standing. In support of this Motion, the Board submits the attached Memorandum in Support of the Defendant's Motion to Dismiss First Amended and Supplemental Complaint.

Dated: August 30, 2024.

Respectfully submitted,

/s/ *Bryan M. Taylor*
Defendant's Counsel
Bryan M. Taylor (0390-Y81T)
BACHUS BROM & TAYLOR LLC
3125 Blue Lake Drive, Suite 101
Birmingham, AL 35243
(205) 970-7775
*btaylor@bachusbrom.com*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Bryan M. Taylor*
Bryan M. Taylor
Counsel for Defendant Autauga-Prattville
Public Library Board of Trustees