**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**READ FREELY ALABAMA, *et al.*,**

**Plaintiffs,**

**v.** **Civil Case No. 2:24-cv-276-MHT-CWB**

**AUTAUGA-PRATTVILLE PUBLIC LIBRARY BOARD OF TRUSTEES,**

**Defendant.**

**NOTICE REGARDING POLICY REVISIONS**

This case concerns a challenge to the Selection Criteria Policy enacted by the Autauga-Prattville Public Library Board of Trustees. The Board's counsel has informed Plaintiffs that, since the most recent filings in this case, the Board has revised that Policy. Following discussion with the Board's counsel, Plaintiffs write to inform the Court of this revision.

The current version of the library policies is attached as Exhibit A.[1] The only change to the Selection Criteria Policy is the addition of one sentence: "No books or materials containing obscene or sexually explicit content, or other content deemed inappropriate for children or youth, shall be located in the children's section." Ex. A at 17.

The parties disagree as to whether this revision is relevant to the questions before this Court. Plaintiffs understand that the Board intends to file a motion for

[1] It is also available at: https://appl.info/Pages/Index/204366/library-policies.

leave to file supplemental briefing on the pending motion for preliminary injunction addressing this revision by December 27. Should the Board do so, Plaintiffs would not oppose leave to file a short supplemental brief but would intend to respond to the substance.

Dated: December 20, 2024

Respectfully submitted,

_/s/ *Will Bardwell*______________________
Will Bardwell* (MS Bar No. 102910)
Jessica Anne Morton* (DC Bar No. 1032316)
Emma R. Leibowitz* (DC Bar No. 90017627)
Robin F. Thurston* (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
wbardwell@democracyforward.org
jmorton@democracyforward.org
eleibowitz@democracyforward.org
rthurston@democracyforward.org

Jon C. Goldfarb (AL Bar No. ASB-5401-F58J)
L. William Smith (AL Bar No. ASB-8660-A61S)
Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500
jcg@wigginschilds.com
wsmith@wigginschilds.com

**admitted* pro hac vice

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 11.1, I, Will Bardwell, certify that on this 20th day of December, 2024, I caused this notice to be filed via CM/ECF, which provides electronic notice to all attorneys who have entered an appearance.

_*/s/ Will Bardwell*________________________
Will Bardwell (MS Bar No. 102910)