**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **READ FREELY ALABAMA, et al.,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **CIVIL ACTION NO. 2:24cv276-MHT (WO)** |
| **AUTAUGA-PRATTVILLE PUBLIC LIBRARY BOARD OF TRUSTEES,** ) ) ) ) | |
| Defendant. ) | |

**ORDER**

Upon review of the Autauga-Prattville Public Library Board's newest policy revisions (Doc. 50) and the plaintiffs' statement that "[t]he parties disagree as to whether this revision is relevant to the questions before this Court," *id.* at 1, it is ORDERED that, by July 9, 2025, the parties shall file separate briefs explaining whether, and if so, how, the revisions impact the legal issues in this case, including whether an amended complaint is necessary in light of the revisions.

DONE, this the 25th day of June, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**