**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| READ FREELY ALABAMA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AUTAUGA-PRATTVILLE PUBLIC LIBRARY BOARD OF TRUSTEES,<br><br>Defendant. | Civil Case No. 2:24-cv-276-MHT-CWB |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney hereby files this Motion to Withdraw as Counsel for Plaintiffs Read Freely Alabama, Alabama Library Association, Samantha Diamond, on behalf of herself and as next friend to her minor children J.D. and E.D., Amber Frey, and John Craig and Almut Haboeck, as next friends of their minor child C.C. Effective July 18, 2025, the undersigned will no longer be employed with Democracy Forward Foundation. Plaintiffs will continue to be represented by other counsel from Democracy Forward Foundation.

Dated: July 17, 2025

Respectfully submitted,

*/s/ Emma R. Leibowitz*
Emma R. Leibowitz
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 808-1970

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Emma R. Leibowitz, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the Middle District of Alabama, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

Dated: July 17, 2025

*/s/ Emma R. Leibowitz*
Emma R. Leibowitz